# Notice Recipients

District/Off: 0207–8  User: jrohan  Date Created: 6/24/2019  
Case: 8–19–74499–reg  Form ID: 245  Total: 66

**Recipients of Notice of Electronic Filing:**
tr          Richard L Stern          rstern@rsternlaw.com
aty         Anthony M Vassallo       amvassallo@gmail.com

                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mario Anthony Bruno          180 Newbrook Lane          Bay Shore, NY 11706
jdb         Michelle Bruno          180 Newbrook Lane          Bay Shore, NY 11706
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYS Unemployment Insurance          Attn: Isolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201–3719
smg         United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722–4437
9583747     Advanced Call Center Technologies, LLC          PO Box 9091          Johnson City, TN 37615
9583748     Allied Account Services Inc.          422 Bedford Avenue          Bellmore, NY 11710
9583749     Alltran Financial, LP          PO Box 722910          Houston, TX 77272
9583750     AmeriMark Direct          6864 Engle Road          Cleveland, OH 44130
9583751     American Honda Finance          600 Kelly Way          Holyoke, MA 01040
9583752     Arstrat, LLC          9800 Centre Parkway          Suite 1100          Houston, TX 77036
9583753     Bank of America          PO Box 982235          El Paso, TX 79998
9583754     Bank of America, Attn Bankruptcy Dept          PO Box 9000          Getzville, NY 14068
9583755     Barclaycard/Mercury          PO Box 70168          Philadephia, PA 19176–0168
9583756     CItibank, N.A./ BEST BUY VISA          P.O. Box 790441          St. Louis,, MO 63179–0441
9583757     Capital One          PO Box 30285          Salt Lake City, UT 84130
9583759     CareCredit/Synchrony Bank          PO Box 960061          Orlando, FL
9583758     CareCredit/Synchrony Bank          PO Box 960061          Orlando, FL 32896–0061
9583760     Chase Amazon          PO Box 15123          Wilmington, DE 19850
9583761     Citi          PO Box 6241          Sioux Falls, SD 57117
9583762     Comenity Bank/Hot Topic          P.O. Box 182273          Columbus, OH 43218–2273
9583763     Comenity Bank/Woman Within          P.O. Box 182273          Columbus, OH 43218–2273
9583764     Comenity Capital Bank/ PayPal Credit          PO Box 5138          Timonium, MD 21094
9583765     Country Door          1112 7th Avenue          Monroe, WI 53566
9583766     Credit One Bank          PO Box 98875          Las Vegas, NV 89193
9583767     Discover Financial Services          P.O. Box 6103          Carol Stream, IL 60197–6103
9583768     Dr. Leonard's Healthcare Corp.          PO Box 7821          Edison, NJ 08818–7821
9583769     ExxonMobil MasterCard          P.O. Box 6530          The Lakes, NV 88901–6530
9583770     Fortiva MasterCard          P.O. Box 105555          Atlanta, GA 30348–5555
9583771     GC Services, L.P.          6330 Gulfton          Houston, TX 77081
9583772     Genesis FS Card Services/Milestone          PO Box 84059          Columbus, GA 31908–4059
9583773     Ginny's Credit Card          1112 7th Avenue          Monroe, WI 53566–1364
9583774     Kohl's Credit          PO Box 3043          Milwaukee, WI 53201
9583775     McCarthy Burgess & Wolff          26000 Cannon Road          Bedford, OH 44146
9583776     McCarthy, Burgess & Wolff          26000 Cannon Road          Bedford, OH 44146
9583777     North Shore–LIJ Medical Group          158 E 84th St          New York, NY 10028
9583778     Northshore LIJ Medical Group          158 E 84th Street          New York, NY 10028
9583779     Northwell Health – Southside Hospital          301 E Main Street          Bay Shore, NY 11706
9583780     Northwell Health – Southside Hospital          PO Box 29003          New York, NY 10087
9583781     Old Navy          PO Box 965005          Orlando, FL 32896
9583782     Orthopaedics Spine & Sports Medicine LLC          PO Box 74          Syosset, NY 11791
9583783     PSE&G          P.O. Box 14444          New Brunswick, NJ 08906–4444
9583784     Paypal Credit MasterCard          P.O. Box #71202          Charlotte, NC 28272–1202
9583785     Professional Claims Bureau, Inc.          PO Box 9060          Hicksville, NY 11802
9583786     SYNCB/TJX          POB 965015          Orlando, FL 32896
9583787     Sarah Schwartz MD PLLC          500 Montauk Highway          Suite W          West Islip, NY 11795
9583788     Sears/CBNA          PO Box 6283          Sioux Falls, SD 57117
9583789     Seventh Avenue          1112 Seventh Ave.          Monroe, WI 53566
9583790     Speedway          P.O. Box 1590          Springfield, OH 45501
9583791     St. Francis Hospital, The Heart Center          100 Port Washington Blvd.          Roslyn, NY 11576
9583792     Stoneberry          1356 Williams Street          Chippewa Falls, WI 54729
9583793     Sunoco Rewards Card          P.O. Box 6407          Sioux Falls, SD 57117–6407
9583794     Syncb/Walmart          P.O. Box 965024          Orlando, FL 32896
9583795     Synchrony Bank/CareCredit          PO Box 960061          Orlando, FL 32896–0061
9583796     Synchrony Bank/JcPenney          Po Box 965007          Orlando, FL 32896
9583797     Synchrony Bank/Zulily          P.O. Box 530993          Atlanta, GA 30353–0993
9583798     TargetCredit          P.O. Box 660170          Dallas, TX 75266–0170
9583799     The Swiss Colony          1112 7th Avenue          Monroe, WI 53566
9583800     U.S. Department of Education          400 Maryland Ave., SW          Washington, DC 20202
9583801     Valero Payment Services          7201 Canyon Drive          Amarillo, TX 79110–4339

| | | | | |
|---|---|---|---|---|
| 9583802 | Walmart/Synchrony Bank | PO Box 965022 | Orlando, FL 32896–5022 | |
| 9583803 | Walter Drake | 250 City Center | Oshkosh, WI 54906 | |
| 9583804 | Zwanger–Pesiri Radiology | 150 East Sunrise Highway | Suite 201 | Lindenhurst, NY 11757 |

TOTAL: 64